**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GMAC MORTGAGE, LLC, | Case No.: 4:13-cv-3404 KAW |
| Plaintiff, | ORDER OF REMAND |
| v. | |
| JAMES HOWELL, et al., | |
| Defendants. | |

Defendants James Howell and Linda Fregoso removed this unlawful detainer action from Marin County Superior Court on July 23, 2013. (Notice of Removal; Dkt. No. 1). They are proceeding *pro se*.

On August 2, 2013, GMAC moved to remand the instant action to state court and requested that the motion be heard on shortened time. (Mot. to Shorten Time and Mot. to Remand; Dkt. No. 4). Pursuant to Civil Local Rule 7-1(b), the court determined that it would decide the motion without oral argument. (August 7, 2013 Order Granting Pl.'s Mot. to Shorten Time; Dkt. No. 5). In addition, the court required that service of the order and the motion, including all supporting documents, be accomplished by August 12, 2013 and that any opposition be filed and served by August 26, 2013. (*Id.* at 1, 2).

Defendants Howell and Fregoso were served with a copy of the court's order, and all supporting documents, on August 8, 2013. (Proof of Service; Dkt. No. 6). A copy of the documents were mailed to Defendants' via Federal Express at the address on file with the court. *(Id.)* As of the

1 date of this order, Defendants have not filed any opposition papers. Pursuant to this court's standing
2 order, Defendants' failure to file a memorandum of points and authorities in opposition to GMAC's
3 motion is deemed consent to the granting of the motion. (Standing Orders—General ¶ 21).
4 Accordingly, GMAC's motion to remand is hereby granted.
5    IT IS SO ORDERED.

7 DATE: September 23, 2013   _____
   KANDIS A. WESTMORE
   United States Magistrate Judge